STATE OF NEW JERSEY v. RAMON RAMOS.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE JONES.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LAVERNE WEBB.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD C. SWARBRICK.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER GAMBLE.

September 23, 1976. Petition for certification denied.

IN RE: JOHN R. ROY,
EXECUTOR OF THE ESTATE OF GOLDEN MARIE ROY.

September 23, 1976. Petition for certification denied. (See 142 *N. J. Super.* 594)